# Law Office of Andrew C. Laufer, PLLC

255 West 36th Street, Suite 1104
New York, NY 10018
(212) 422-1020 - phone
(212) 422-1069 - facsimile
E-Mail: alaufer@lauferlawgroup.com

Andrew C. Laufer
Evelyn Jaw

Of Counsel
Jennifer Cipolla

March 9, 2018

<u>Via ECF</u>
Honorable Lorna G. Schofield
Federal District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Rivera v. Jewish Board of Family and Children Serivces, Inc.
      SDNY- 01814cv18 (LGS)(HP)

Dear Judge Schofield:

    We represent the plaintiff in the referenced matter. Pursuant to your individual rules regarding a motion to remand, the parties duly met and conferred and exchanged correspondence within the time frame allotted. Both parties agree this matter should be remanded back to the Supreme Court of the State of New York, Bronx County thereby forgoing the need for motion practice seeking such remand.

    Please find enclosed a proposed Order to Remand. Defense counsel consents to this application.

    Thank you for your time and consideration of this matter.

Respectfully submitted,

Andrew C. Laufer

Cc:

Glen S. Feinberg, Esq. – Via ECF
Wilson Elsner, et al
1133 Westchester Avenue
White Plains, NY 10604

ACL/nb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JORDAN RIVERA,

                                        Plaintiff(s),

      -against-

JEWISH BOARD OF FAMILY AND CHILDREN'S
SERVICES, INC.,

                                        Defendant(s),
------------------------------------------------------------------X

01814cv18 (LGS)(HP)

**PROPOSED
ORDER TO REMAND**

LORNA G. SCHOFIELD, District Judge:

On or about August 4, 2017, the plaintiff filed a summons and complaint naming the defendant where venue was based upon the plaintiff's place of residence in Bronx County, State of New York under index number 27228/17E.

On or about February 28, 2018, this matter was removed by the defendant under 28 USC 1331, 1441, and 1446.

Plaintiff only seeks relief under New York State law.

Pursuant to the stipulated agreement between the parties, it is Hereby Ordered that the Clerk of the Court is directed to remand this matter, in its entirety, back to the Supreme Court, State of New York, and County of Bronx.

      SO ORDERED

Dated: March   , 2018
New York, New York

                                                                                     LORNA G. SCHOFIELD
                                                                                     United States District Judge